UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELESCANO, et al.,

      Plaintiff(s),

-against-

K&P FACILITIES MAINTENANCE, INC., et al.,

      Defendant(s).

23 CV 0175 (NSR)
**ADJOURNMENT ORDER**

NELSON S. ROMÁN, U.S.D.J.:

  In light of a settlement reached in principle and awaiting the parties' settlement paperwork for approval thereof, it is hereby

  ORDERED that the above case is scheduled for **a telephonic Status Conference on December 20, 2023 is adjourned** *sine die*.

Dated: December 12, 2023
    White Plains, NY

SO ORDERED.

_____
Nelson S. Román, United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/12/2023__